UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE FUENTES, | 1:10-cv-00003-OWW-JLT HC |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION TO FILE LODGED DOCUMENT "D" UNDER SEAL (Doc. 12) |
| v. | |
| FERNANDO GONZALES, | ORDER DIRECTING CLERK OF THE COURT TO LODGE UNDER SEAL DOCUMENT D IN THE NOTICE OF LODGING/FILING OF PAPER DOCUMENTS (Doc. 13) |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On March 17, 2010, the Court ordered Respondent to file a response to the petition. (Doc. 6). On May 14, 2010, Respondent filed the response and also lodged various documents in support of the response. (Docs. 13 & 14). Respondent also filed a request to lodge Document D, a probation officer's report DATED August 22, 2007, under seal. (Doc. 12). As grounds therefore, Respondent notes that the probation officer's report may contain personal information about Petitioner that is confidential under California law. (Doc. 12, p. 2).

Therefore, GOOD CAUSE having been shown, the Court HEREBY ORDERS as follows:

1. Respondent's motion to lodge document "D," the probation officer's report dated August 22, 2007, under seal (Doc. 12), is GRANTED; and,

2. Respondent is order to provide an electronic copy of the document covered by this

sealing order to the Clerk of the Court within 10 days of this order;

3. The Clerk of the Court is DIRECTED to file the probation officer's report dated August 22, 2007 (Document "D" in the Notice of Lodging/Filing of Paper Document (Doc. 13)), which will be provided electronically by Respondent, under seal.

IT IS SO ORDERED.

Dated:   **September 10, 2010**                                 /s/ Jennifer L. Thurston
                                                          UNITED STATES MAGISTRATE JUDGE